# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL ACTION NO.** |
| | **3:25-cr-00011-TES-CHW-3** |
| **JABARI AYINDE COOPER,** | |
| *Defendant.* | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss [Doc. 253] the Indictment [Doc. 1] as to Defendant Jabari Cooper with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). [Doc. 253]. As reason for its dismissal, the Government indicates that it has received new information that prevents it from proving Defendant Cooper's guilt beyond a reasonable doubt. [*Id.*]. Accordingly, pursuant to Rule 48(a), the Indictment [Doc. 1] against Defendant Jabari Cooper is **DISMISSED with prejudice**.

**SO ORDERED**, this 9th day of June, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**